**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Vaughan Waters
Thorton, Biechlin, Segrato, Reynolds & Guerra, L. C.
100 NE Loop 410, Ste. 500
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Audrey Mullert Vicknair
Attorney at Law
Frost Bank Plaza
802 N. Carancahua, Suite 1350
Corpus Christi, TX 78401-0022
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00442-CV
Tr.Ct.No. 2008-08-4615-I
Style:    Long Island Village Owners Association (LIVOA) v. Cowen Island Properties, L. P.

Appellant's motion for extension of time to file reply brief was this day GRANTED by this Court. The time has been extended to Tuesday, January 13, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch